**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HILL DERMACEUTICALS, INC.,,**

        **Plaintiff,**

-vs-                                                Case No. 6:07-cv-2032-Orl-31GKJ

**RX SOLUTIONS, UNITED**
**HEALTHCARE COMPANY, PACIFIC**
**HEALTH SYSTEMS and UNITED**
**HEALTHCARE OF FLORIDA,**

        **Defendants.**

## ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 14) filed by Defendants Rx Solutions ("Prescription Solutions") and United Healthcare of Florida ("UHF")[1] and the response (Doc. 19) filed by the Plaintiff, Hill Dermaceuticals, Inc. ("Hill").

Hill is the manufacturer of a product called Derma-Smoothe/FS Topical Oil (Body Oil) ("Derma-Smoothe"). UHF is a health plan. Prescription Solutions is a pharmacy benefits manager. UHF has contracted with Prescription Solutions to administer the drug formulary for its members. Prescription Solutions does not include Derma-Smoothe in its formulary. Out of these facts, Hill has filed suit seeking a preliminary injunction/temporary restraining order (Count I) as well as damages for injurious falsehood (Count II), defamation (Count III), misleading advertising

---

[1] According to the movants, neither of the remaining Defendants exists as a legal entity. (Doc. 14 at 5).

under Florida Statute § 817.41 (Count IV), and violations of Florida's Deceptive and Unfair Trade Practices Act (Count V).

After reviewing the motion and the response, the Court concludes that the Defendants' objections are well-taken, at least in regard to Plaintiff's pleading of its claims.[2]  If it so chooses, the Plaintiff will be permitted to file an amended complaint that states a proper claim under Rule 8, satisfies Rule 9 where applicable, and otherwise remedies the shortcomings identified by the Defendants in their motion.[3]  It is therefore

**ORDERED** that the Motion to Dismiss (Doc. 14) filed by Defendants Rx Solutions and United Healthcare of Florida is **GRANTED**, and the Complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE**.  The Plaintiff may file an amended complaint on or before February 20, 2008.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 5, 2008.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[2] The Court declines to address the Defendants' federal preemption arguments at this time.

[3] In particular, the Plaintiff must either correct the names of the allegedly non-existent Defendants or drop them from this suit.