**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HILL DERMACEUTICALS, INC.,,**

        **Plaintiff,**

-vs-                                                                Case No. 6:07-cv-2032-Orl-31GKJ

**RX SOLUTIONS, UNITED**
**HEALTHCARE COMPANY, PACIFIC**
**HEALTH SYSTEMS and UNITED**
**HEALTHCARE OF FLORIDA,**

        **Defendants.**

_____

## ORDER

This matter comes before the Court on the Motion for Remand (Doc. 18) filed by the Plaintiff, Hill Dermaceuticals, Inc. ("Hill"). The motion was filed on January 29, 2008. The deadline for a response was therefore February 15, 2008. No such response has been filed. Pursuant to Local Rule 3.01(b), the motion is therefore considered unopposed. Accordingly it is

**ORDERED** that this case is **REMANDED** to the Circuit Court for the Eighteenth Judicial Circuit, in and for Seminole County, Florida.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 25, 2008.

                                                            GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party